# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | | |
|---|---|---|
| **JOHNNY GRIFFIN** | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:23-cv-00004 |
| v. | ) | |
| | ) | **JUDGE CAMPBELL** |
| **FCA US LLC** | ) | **MAGISTRATE JUDGE HOLMES** |
| | ) | |
| Defendant. | ) | |

## ORDER

Pursuant to the Joint Stipulation of Dismissal filed by the Plaintiff Johnny Griffin, and Defendant FCA US LLC (Doc. No. 43), all claims against FCA US LLC are hereby **DISMISSED WITH PREJUDICE** under Fed. R. Civ. P. 41(a)(1)(A)(ii).

The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE